UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RICKY HODGE                                              CIVIL ACTION NO. 08-1033-P

VERSUS                                                         JUDGE S. MAURICE HICKS, JR.

LARRY DEAN, ET AL.                                     MAGISTRATE JUDGE HORNSBY

ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that the following claims be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (ii):  (1)  Access to the courts; (2) Denial of medical and dental treatment; (3) Medical fee;  (4) Conditions of confinement; and (5) Conclusory allegations regarding dorm temperatures, inadequate sanitation and fresh air, denial of toiletries, insufficient clothing and shoes, and legal mail.[1]

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20th day of September, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff still has excessive force claims remaining against Deputy Driver, Deputy Dredge, and Lt. Milner.